# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HEXARMOR, LIMITED PARTNERSHIP

v.

SAFETY TEST & EQUIPMENT COMPANY, INC.

Case No. 1:26-cv-2873

Hon. Hala Y. Jarbou, Chief Judge

TO: SAFETY TEST & EQUIPMENT COMPANY, INC.

ADDRESS: 107 Cherryville Road
Shelby, North Carolina 28150

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Matthew J. Gipson (P60169)
PRICE HENEVELD LLP
3400 Innovation Ct SE
PO Box 2567
Grand Rapids MI 49501

CLERK OF COURT




10/7/2026

By: Deputy Clerk — Date

---

## PROOF OF SERVICE

This summons for SAFETY TEST & EQUIPMENT COMPANY, INC. (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*